59 So.2d 827

## HEIRS OF J. M. WHATLEY v. GOOD PINE LUMBER COMPANY OF LOUISI-ANA et al.
### No. 36861.

June 2, 1952.

Harry Fuller, Winnfield, for plaintiffs-appellants.

T. W. Holloman, White, Holloman & White, Alexandria, for defendants-appellees.

FOURNET, Chief Justice.

For the reasons assigned in the case of Rosier v. Good Pine Lumber Company of Louisiana, 221 La. 531, 59 So.2d 826, this appeal is dismissed.